UNITED STATES DISTRICT COURT    21 MC 102 (AKH)
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION

DALIA NAUTA and LUIS NAUTO    DOCKET NUMBER:  (AKH) 08-CV-01015

        Plaintiffs,

    -against-    NOTICE OF ADOPTION OF
    ANSWER TO MASTER COMPLAINT OF
BELFOR USA GROUP, INC., et al.    BELFOR USA GROUP, INC.
        Defendants.

Defendant, Belfor USA Group, Inc. ("Belfor"), hereby adopts as its Answer in the instant

case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed

and served on August 3, 2007.  In accordance with Case Management Order No. 4, the

allegations of the instant Check-Off Complaint are deemed to be denied.  By way of further

answer, Belfor also incorporates by reference all averments and denials of its Answer and

Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
     June 4, 2008

        COZEN O'CONNOR

        By:_____
        James F. Desmond, Jr., Esquire (JD-8941)
        45 Broadway Atrium, 16th Floor
        New York, New York 10006
        (212) 509-9400
        Attorneys for Defendant
        Belfor USA Group, Inc.

OF COUNSEL:
Thomas R. Harrington
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2706

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant

Belfor USA Group, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was

served this 4th day of June, 2008, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

All Defense Counsel

_____
James F. Desmond, Jr.