| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 102 (AKH) |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | |
| DALIA NAUTA and LUIS NAUTO<br><br>            Plaintiffs,<br><br>-against-<br><br>88 GREENWICH LLC, et al.<br>            Defendants. | DOCKET NUMBER: (AKH) 08-CV-01015<br><br>NOTICE OF ADOPTION OF<br>ANSWER TO MASTER COMPLAINT OF<br>88 GREENWICH LLC. |

Defendant, 88 Greenwich LLC, ("88 Greenwich"), hereby adopts as its Answer in the instant case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed and served on January 31, 2008. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, 88 Greenwich also incorporates by reference all averments and denials of its Answer and Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
         June 4, 2008

                                             COZEN O'CONNOR

                                         By: _____/s/_____
                                             James F. Desmond, Jr., Esquire (JD-8941)
                                             45 Broadway Atrium, 16th Floor
                                             New York, New York 10006
                                             (212) 509-9400
                                             Attorneys for Defendant
                                             88 GREENWICH LLC

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant 88 GREENWICH LLC, Notice of Adoption of Answer and Defenses to Master Complaint was served this 4th day of June, 2008, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York 10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY 10007

All Defense Counsel

_____
James F. Desmond, Jr.