| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 100 (AKH) |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | |
| DALIA NAUTA and LUIS NAUTO<br><br>      Plaintiff,<br><br> -against-<br><br>Tishman Construction Corporation of Manhattan; Tishman Construction Corporation of New York; Tishman Interiors Corporation, et al.<br>      Defendants. | DOCKET NUMBER: (AKH) 08-CV-01015<br><br>NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, AND TISHMAN INTERIORS CORPORATION |

Defendants Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Interiors Corporation hereby adopt as their Answer in the instant case their Answer and Defenses to Plaintiffs' Amended Master Complaint Against Tishman Defendants in this litigation. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Interiors Corporation also incorporate by reference all averments and denials of their Answer and Defenses to the Amended Master Complaint as though same were more fully set forth herein at length.

Dated: New York, New York
   June 4, 2008

               COZEN O'CONNOR

             By:_____
               James F. Desmond, Jr., Esquire (JD-8941)
               45 Broadway Atrium, Suite 1600
               New York, New York 10006
               (212) 509-9400
               Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Interiors Corporation Notice of Adoption of Answer and Defenses to Master Complaint was served this 4th day of June, 2008, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY 10007

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

All Defense Counsel

_____
James F. Desmond, Jr.