x:\ATS52741\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X   1:21-MC-103 (AKH)
DALIA NAUTA AND LUIS NAUTO,

                                                         Civil Action No.: 08 CV 01015

                                                          **NOTICE OF ADOPTION**

                           Plaintiff(s),

               - against -

ON-SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO
WRECKING, INC.; ABM INDUSTRIES, INC., ABM
JANITORIAL NORTHEAST, INC., ET AL,

OFF-SITE:
110 CHURCH, LLC, 233 BROADWAY OWNERS, LLC, 50
TRINITY LLC, 53 PARK PLACE LLC, 88 GREENWICH
LLC, 90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION, ET AL.,

                           Defendant(s)
------------------------------------------------------------------------X

COUNSELORS:

    *PLEASE TAKE NOTICE*, that defendant, ANN TAYLOR STORES

CORPORATION, as and for its response to the allegations set forth in the Complaint by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the ANN TAYLOR STORES CORPORATION's Answer to Master Complaint dated August 8, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
July 16, 2008

---
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendant
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700