RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 103)
------------------------------------------------------------------X

Case No.: 1:21 MC 103 (AKH)

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

Dated: New York, New York
       August 1, 2008

RUBIN, FIORELLA & FRIEDMAN LLP

By: _____/s/ Leila Cardo_____
Leila Cardo (LC-8359)
*Attorneys for Defendant*
110 CHURCH, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879