RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 103)
-----------------------------------------------------------------X

Case No.: 1:21 MC 103 (AKH)

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

Dated: New York, New York
       August 1, 2008

RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
Leila Cardo (LC-8359)
*Attorneys for Defendant*
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879